UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO LAMAS GALVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:24-cv-00340-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

　　Based on the parties' stipulation, it is **ORDERED** that Plaintiff's MSJ deadline is extended to and including July 16, 2024, with all other dates adjusted accordingly.

IT IS SO ORDERED.

Dated:　**June 24, 2024**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE