UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arnulfo Lamas Galvan, | CASE NO.: 1:24-cv-340-GSA |
| Plaintiff, | |
| v. | **ORDER EXTENDING BRIEFING DEADLINES** |
| Commissioner of Social Security, | |
| Defendant. | |

As stipulated, Plaintiff's MSJ deadline is **extended** to and including August 9, 2024.

IT IS SO ORDERED.

Dated:   __July 19, 2024__          _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE