# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arnuflo Llamas Galvan,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:24-cv-340-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br><br>(Doc. 23) |

　　As stipulated, it is ORDERED that fees and expenses in the amount of $5,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

　Dated:　**February 12, 2025**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE